KEVIN G. HORBATIUK (KGH-4977)
RUSSO, KEANE & TONER, LLP
Attorneys for Defendant
**CUNNINGHAM DUCT WORK s/h/i/a**
**CUNNINGHAM DUCT CLEANING CO., INC.**
26 Broadway - 28th Floor
New York, New York 10004
(212) 482-0001

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X

**IN RE COMBINED WORLD TRADE CENTER**           21 MC 102 (AKH)
**AND LOWER MANHATTAN DISASTER SITE**
**LITIGATION**
-----------------------------------------------------------------------X

**JULIO CESAR and MAYORGA GONZALEZ,**
                                                                        **DOCKET NO.:**
                                                                        **08 CV 2656**

                            **Plaintiffs,**

          -against-

**100 CHURCH, LLC, 37 BENEFITS FUND**           **NOTICE OF**
**TRUST, AMBIENT GROUP, INC., CUNNINGHAM**      **APPEARANCE**
**DUCT CLEANING CO., INC., ELAINE ESPEUT,**
**AS TRUSTEE UNDER A DECLARATION OF**
**TRUST, FRANK MORELLI, AS TRUSTEE UNDER A**
**DECLARATION OF TRUST, GPS ENVIRONMENTAL**
**CONSULTANTS, INC., INDOOR ENVIRONMENTAL**
**TECHNOLOGY, INC., LAW ENGINEERING, P.C.,**
**MERRILL LYNCH & CO., INC.,  ROYAL AND**
**SUNALLIANCE INSURANCE GROUP, PLC, TRC**
**ENGINEERS, INC., AND ZAR REALTY**
**MANAGEMENT CORP., ET AL.**

                            **Defendants.**
-----------------------------------------------------------------------X

To the Clerk of this Court and all parties of record:

          Enter my appearance as counsel in this case for:

                    **CUNNINGHAM DUCT WORK s/h/i/a**
                    **CUNNINGHAM DUCT CLEANING CO., INC.**

I certify that I am admitted to practice in this court.

Dated: New York, New York
      April 3, 2008

Kevin G. Horbatiuk
Kevin G. Horbatiuk (KGH4977)
Matthew P. Mazzola (MM-7427)
Attorneys for Defendant
**CUNNINGHAM DUCT WORK s/h/i/a**
**CUNNINGHAM DUCT CLEANING CO., INC.**
RUSSO, KEANE & TONER, LLP
26 Broadway, 28th Floor
New York, New York 10004
(212) 482-0001
RKT File No. 824.078

TO:    CHRISTOPHER R. LaPOLA, ESQ.,
       WORBY GRONER EDELMAN & NAPOLI BERN, LLP
       Attorney for Plaintiffs
       **JULIO CESAR and MAYORGA GONZALEZ**
       115 Broadway - 12th Floor
       New York, New York 10006
       (212) 267-3700

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the above and foregoing has been served upon the following listed person by placing a copy of the same in the United States mail, postage prepared and properly addressed, this the 3rd day of April, 2008.

CHRISTOPHER R. LaPOLA, ESQ.,
WORBY GRONER EDELMAN & NAPOLI BERN, LLP
Attorney for Plaintiffs
**JULIO CESAR and MAYORGA GONZALEZ**
115 Broadway 12th Floor
New York, New York 10006

*Kevin G Horbatiuk*
_____
**KEVIN G. HORBATIUK**