KEVIN G. HORBATIUK (KGH-4977)
RUSSO, KEANE & TONER, LLP
Attorneys for Defendant
**CUNNINGHAM DUCT WORK s/h/i/a**
**CUNNINGHAM DUCT CLEANING CO., INC.**
26 Broadway - 28th Floor
New York, New York 10004
(212) 482-0001

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
IN RE COMBINED WORLD TRADE CENTER            21 MC 102 (AKH)
AND LOWER MANHATTAN DISASTER SITE
LITIGATION
---------------------------------------------------------------X
JULIO CESAR and MAYORGA GONZALEZ,
                                                              DOCKET NO.:
                                                              08 CV 2656

                        Plaintiffs,

    -against-

100 CHURCH, LLC, 37 BENEFITS FUND              NOTICE OF
TRUST, AMBIENT GROUP, INC., CUNNINGHAM         ADOPTION OF
DUCT CLEANING CO., INC., ELAINE ESPEUT,        ANSWER TO MASTER
AS TRUSTEE UNDER A DECLARATION OF              COMPLAINT
TRUST, FRANK MORELLI, AS TRUSTEE UNDER A
DECLARATION OF TRUST, GPS ENVIRONMENTAL
CONSULTANTS, INC., INDOOR ENVIRONMENTAL
TECHNOLOGY, INC., LAW ENGINEERING, P.C.,
MERRILL LYNCH & CO., INC., ROYAL AND
SUNALLIANCE INSURANCE GROUP, PLC, TRC
ENGINEERS, INC., AND ZAR REALTY
MANAGEMENT CORP., ET AL.

                        Defendants.
---------------------------------------------------------------X

   PLEASE TAKE NOTICE, that defendant **CUNNINGHAM DUCT WORK s/h/i/a**
**CUNNINGHAM DUCT CLEANING CO., INC.** ("CUNNINGHAM"), by its attorneys, RUSSO,
KEANE & TONER, LLP, as and for its Response to the allegations set forth in the Complaint by
Adoption (Check-Off-Complaint) Related to the Master Complaint filed in the above referenced
action, hereby adopt their Answer to Master Complaint dated, August 1, 2007, which was filed in

the matter of *In Re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH).

**WHEREFORE**, the defendant, CUNNINGHAM demands judgment dismissing the above captioned caption action as against it, together with its costs and disbursements and for such other

and further relief as this Court deems just and proper.

Dated: New York, New York
      April 30, 2008

<u>Kevin G. Horbatiuk</u>
Kevin G. Horbatiuk (KGH4977)
Matthew P. Mazzola (MM-7427)
Attorneys for Defendant
**CUNNINGHAM DUCT WORK s/h/i/a**
**CUNNINGHAM DUCT CLEANING CO., INC.**
RUSSO, KEANE & TONER, LLP
26 Broadway, 28th Floor
New York, New York 10004
(212) 482-0001
RKT File No. 824.078

TO:    CHRISTOPHER R. LaPOLA, ESQ.,
        WORBY GRONER EDELMAN & NAPOLI BERN, LLP
        Attorney for Plaintiffs
        **JULIO CESAR and MAYORGA GONZALEZ**
        115 Broadway - 12th Floor
        New York, New York 10006
        (212) 267-3700

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the above and foregoing has been served upon the following listed person by placing a copy of the same in the United States mail, postage prepared and properly addressed, this the 30th day of April, 2008.

CHRISTOPHER R. LaPOLA, ESQ.,
WORBY GRONER EDELMAN & NAPOLI BERN, LLP
Attorney for Plaintiffs
**JULIO CESAR and MAYORGA GONZALEZ**
115 Broadway 12th Floor
New York, New York 10006

*Kevin G. Horbatiuk*
**KEVIN G. HORBATIUK**