KEVIN G. HORBATIUK (KGH-4977)
RUSSO, KEANE & TONER, LLP
Attorneys for Defendant
**CUNNINGHAM DUCT WORK s/h/i/a**
**CUNNINGHAM DUCT CLEANING CO., INC.**
26 Broadway - 28th Floor
New York, New York 10004
(212) 482-0001

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
IN RE COMBINED WORLD TRADE CENTER      21 MC 102 (AKH)
AND LOWER MANHATTAN DISASTER SITE
LITIGATION
-----------------------------------------------------------------X
JULIO CESAR and MAYORGA GONZALEZ,

                                                                         DOCKET NO.:
                                                                         08 CV 2656

                        Plaintiffs,

    -against-

100 CHURCH, LLC, 37 BENEFITS FUND
TRUST, AMBIENT GROUP, INC., CUNNINGHAM    NOTICE OF
DUCT CLEANING CO., INC., ELAINE ESPEUT,    APPEARANCE
AS TRUSTEE UNDER A DECLARATION OF
TRUST, FRANK MORELLI, AS TRUSTEE UNDER A
DECLARATION OF TRUST, GPS ENVIRONMENTAL
CONSULTANTS, INC., INDOOR ENVIRONMENTAL
TECHNOLOGY, INC., LAW ENGINEERING, P.C.,
MERRILL LYNCH & CO., INC.,  ROYAL AND
SUNALLIANCE INSURANCE GROUP, PLC, TRC
ENGINEERS, INC., AND ZAR REALTY
MANAGEMENT CORP., ET AL.

                        Defendants.
-----------------------------------------------------------------X
To the Clerk of this Court and all parties of record:

    Enter my appearance as counsel in this case for:

        **CUNNINGHAM DUCT WORK s/h/i/a**
        **CUNNINGHAM DUCT CLEANING CO., INC.**

I certify that I am admitted to practice in this court.

Dated: New York, New York
April 3, 2008

                              Kevin G. Horbatiuk
                              Kevin G. Horbatiuk (KGH4977)
                              Matthew P. Mazzola (MM-7427)
                              Attorneys for Defendant
                              **CUNNINGHAM DUCT WORK s/h/i/a**
                              **CUNNINGHAM DUCT CLEANING CO., INC.**
                              RUSSO, KEANE & TONER, LLP
                              26 Broadway, 28th Floor
                              New York, New York 10004
                              (212) 482-0001
                              RKT File No. 824.078

TO:    CHRISTOPHER R. LaPOLA, ESQ.,
         WORBY GRONER EDELMAN & NAPOLI BERN, LLP
         Attorney for Plaintiffs
         **JULIO CESAR and MAYORGA GONZALEZ**
         115 Broadway - 12th Floor
         New York, New York 10006
         (212) 267-3700

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the above and foregoing has been served upon the following listed person by placing a copy of the same in the United States mail, postage prepared and properly addressed, this the 3rd day of April, 2008.

CHRISTOPHER R. LaPOLA, ESQ.,
WORBY GRONER EDELMAN & NAPOLI BERN, LLP
Attorney for Plaintiffs
**JULIO CESAR and MAYORGA GONZALEZ**
115 Broadway 12th Floor
New York, New York 10006

*/s/ Kevin G. Horbatiuk*
**KEVIN G. HORBATIUK**