UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

| | |
|---|---|
| IN RE WORLD TRADE CENTER LOWER MANHATTAN DISASTER SITE LITIGATION | 21 MC 102 (AKH) |

----------------------------------------------------------------X

| | |
|---|---|
| JULIO CESAR MAYORGA GONZALEZ, | 08-CV-02656-AKH |
| Plaintiff, | |
| - against - | **APPEARANCE** |
| 100 CHURCH, LLC, *et al.*, | **ELECTRONICALLY FILED** |
| Defendants. | |

----------------------------------------------------------------X

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for:

**MERRILL LYNCH & CO., INC.**

I certify that I am admitted to practice in this court.

Dated: New York, New York         DICKSTEIN SHAPIRO LLP
       June 26, 2008

                              By:    /s/ Judith R. Cohen
                                         _____
                                         Judith R. Cohen (JC-8614)
                                         1177 Avenue of the Americas
                                         New York, New York 10036
                                         Phone: (212) 277-6500
                                         Fax: (212) 277-6501

                                         *Attorney for Defendant*
                                         MERRILL LYNCH & CO., INC.

DOCSNY-314138