Robert J. Higgins, Esq. (RH-6477)
Judith R. Cohen, Esq. (JC-8614)
DICKSTEIN SHAPIRO LLP
1177 Avenue of the Americas
New York, NY 10036-2714
(212) 277-6500

Attorneys for Defendant Merrill Lynch & Co., Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                              :
IN RE WORLD TRADE CENTER LOWER          :    21 MC 102 (AKH)
MANHATTAN DISASTER SITE LITIGATION      :
                                                              :
                                                              :
                                                              :
-------------------------------------------------------------X
JULIO CESAR MAYORGA GONZALEZ,           :    08-CV-02656-AKH
                                                              :
                            Plaintiff,            :    **NOTICE OF ADOPTION**
                                                              :    **OF ANSWER**
        - against -                               :    **TO MASTER COMPLAINT**
                                                              :    **BY MERRILL LYNCH**
100 CHURCH, LLC, *et al.*,                    :
                                                              :    **ELECTRONICALLY FILED**
                            Defendants.      :
-------------------------------------------------------------X

        PLEASE TAKE NOTICE THAT Defendant Merrill Lynch & Co., Inc. ("Merrill

Lynch"), as and for its responses to the allegations set forth in the Complaint by Adoption

(Check-Off Complaint) Related to the Master Complaint filed in the above-referenced action,

hereby adopts Merrill Lynch's Answer to Master Complaint, dated August 3, 2007, which was

filed in the matter of *In re World Trade Center Lower Manhattan Disaster Site Litigation,* 21

MC 102 (AKH).  To the extent that the Check-Off Complaint in this action alleges a relationship

between 100 Church Street and Merrill Lynch, Merrill Lynch avers that it never reoccupied the

building at this location after September 11, 2001 and that it terminated all lease arrangements

covering this location effective May 8, 2003.

2

WHEREFORE, Merrill Lynch demands judgment dismissing the above-captioned

action as against it, together with its costs and disbursements and for such other and further relief

as this Court deems just and proper.


Dated:  New York, New York                         DICKSTEIN SHAPIRO LLP
        June 26, 2008


                            By:        /s/  Judith R. Cohen
                                   _____
                                   Robert J. Higgins (RH-6477)
                                   Judith R. Cohen (JC-8614)
                                   1177 Avenue of the Americas
                                   New York, New York 10036
                                   Phone: (212) 277-6500
                                   Fax: (212) 277-6501

                                   *Attorneys for Defendant*
                                   MERRILL LYNCH & CO., INC.

DOCSNY-314139